UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELWOOD ULAM BROWN,<br><br>Petitioner,<br><br>v.<br><br>WARDEN, GOLDEN STATE ANNEX DETENTION FACILITY,<br><br>Respondents. | No. 1:26-cv-03803-DJC-JDP<br><br><br>ORDER<br><br>A# 221-245-409 |

Petitioner Elwood Ulam Brown is an immigration detainee proceeding with a Petition for Writ of Habeas Corpus (ECF No. 1) and Motion for Temporary Restraining Order (ECF No. 3).  The Court has previously addressed the legal issues raised in the Petition.  *See Morillo v. Albarran*, No. 1:25-cv-01533-DJC-AC, 2025 WL 3190899 (E.D. Cal. Nov. 15, 2025); *see also E.L.D.M. v. Becerra*, No. 1:25-cv-01906-DJC-JDP, 2025 WL 3707140 (E.D. Cal. Dec. 22, 2025).[1]

The Court informed the parties that it intended to rule directly on the petition and ordered Respondents to show cause as to whether there are any factual or legal issues in this case that distinguish it from the Court's prior orders.  (ECF No. 6.)

---

[1] The Court initially cited cases concerning the re-detention of individuals previously released from custody.  Subsequent information makes clear that this Petition is similar to the cases cited here.

1

Neither party objected to the Court ruling directly on the merits of the petition. Respondents agree that Petitioner is detained under 1226(a) and is thus entitled to a bond hearing.  (ECF No. 10 at 3.)  They also note that Petitioner was scheduled for a bond hearing but that this hearing was cancelled when Petitioner was transferred. (*Id.*)  A new bond hearing was not scheduled, despite the fact that Petitioner has made clear his desire for a bond hearing.  (*Id.* at 2.)  Respondents argue that the Court should enforce an exhaustion requirement.  But given that Petitioner was previously scheduled for a bond hearing that was cancelled only due to the Government's decision to transfer him, it is unclear what imposing such a requirement would accomplish.

Accordingly, as Petitioner appears entitled to relief, IT IS HEREBY ORDERED that the Petition for Writ of Habeas Corpus (ECF No. 1) is GRANTED for the reasons stated in the Court's prior orders.

Within fourteen (14) days of this Order, Respondents shall afford Petitioner Elwood Ulam Brown a bond hearing before a neutral arbiter pursuant to section 1226(a) and its implementing regulations, at which Petitioner's eligibility for bond must be considered.  If Petitioner is not provided a bond hearing in this time, Respondents are ordered to immediately release Petitioner from their custody.

Respondents shall file a status report within five (5) days of Petitioner's bond hearing, confirming a bond hearing was conducted.

The Clerk of the Court is directed to close this case and enter judgment for Petitioner.  This Order resolves all pending motions.

IT IS SO ORDERED.

Dated:   **May 29, 2026**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE